**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  12-cv-01650-PAB-MJW

**TYLER J. HORNBACK**

      Plaintiff,

v.

**NCO FINANCIAL SYSTEMS, INC. a Pennsylvania Corporation**

      Defendant

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

July 18, 2012

                                                  Respectfully submitted,

                                                  s/Troy D. Krenning
                                                  **Troy D. Krenning, Esq.**
                                                  Gookin, Krenning and Associates, LLC
                                                  770 N Lincoln Avenue
                                                  Loveland, Colorado 80537
                                                  (970) 292-8290
                                                  (888) 465-8045
                                                  **Attorney for Plaintiff**